| | | | |
|---|---|---|---|
| Case Number: | 15-21017 | | ELANA BASS |
| Petition Filing Date: | 8/7/2015 | | |
| Plan Filing Date: | 8/21/2015 | Counsel: | FRANK MORRIS II ESQ |
| First Payment: | 9/6/2015 | Phone #: | 3017311000 |
| Confirmation Date and Time: | 11/3/2015 10:00 AM | E-Mail: | |

| | | | |
|---|---|---|---|
| First Meeting Date and Time: | Sep 17 2015 12:00PM | First Meeting Complete? | Held Open 2 weeks for 2014 TRs |
| ☑ Photo ID & SSN Verified | | Continued 341 Date: | 1/1/1900 |
| Prior Bkys | ☐ No ☑ Yes | ☑ CH7 | ☐ CH13 Year Filed 20+ yrs ago |
| Present Creditors: | | | |

| | |
|---|---|
| Performance: | Mortg no pd<br>Car pd<br>Tee pd |
| Income/DI: | Did D recently change w/h? Need older paystub 2015 to verify Deductions on I are not correct-taxes verify YTD avg $3227/mo; D doesn't contrib. to retire., only has loan. |
| Tax/Refund History: | Need 2013-2014 IRS & MD |
| Expense Verification: | $530 car-ends April 2020<br>$400 RX-D has medical condition (notes in file)<br>$270.83 TSA loan-need payoff date |
| Chapter 7 Liquidation: | RE: TiC, no equity per Zillow<br>D pd divorce attny $21k over last yr. -need itemized billing statements to see whether contemp. value |
| Amended Plan: | TX s/c #4 Citi arr. $9582.82 |
| Amended Schedules: | H-add ex-H as co-obligor<br>I-adjust deductions<br>B22C-dispute lines 15, 23 |
| Motion/Objections: | MTA-GreenTree 2nd DOT (H is co-obligor, how avoiding?) |
| Other: | HH1 |

Meeting Conducted By: Tiffany Franc, Esquire

Reviewed By: Tiffany Franc, Esquire

Reviewed Date: 9/20/2015